# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EUGENE FREDERICKS

NO. 2021 KW 0629

**JULY 19, 2021**

---

In Re:   Eugene Fredericks, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 06-CR-000071.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT